# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ELIZABETH FAYE ADCOCK**                                          **PLAINTIFF**

**VS.**                          **No. 4:22-cv-01210 PSH**

**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 31st day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE