IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ELIZABETH FAYE ADCOCK**                                                                               PLAINTIFF

VS.                                    No. 4:22-cv-01210  PSH

**KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION**                                                                            DEFENDANT

**ORDER**

Counsel for plaintiff Elizabeth Faye Adcock ("Adcock") has filed an unopposed motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  Doc.No.13.  This pleading indicates the parties have agreed to an award of EAJA fees and expenses in the amount of 7,650.00.

The motion is GRANTED, and an EAJA award in the amount of $7,650.00 is approved.  There is nothing unreasonable about the hours of work performed or the hourly rate requested.  Because the award belongs to Adcock, and not her attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Adcock, in care of her attorney, Karl E. Osterhout, and shall mail the check to Mr. Osterhout at his Oakmont,

1

Pennsylvania address.

IT IS SO ORDERED this 13th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE